**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 626 MAL 2014
RESONDENT
                                    :
                                    :
                                    : Petition for Allowance of Appeal from the
              v.                      : Order of the Superior Court
                                    :
                                    :
DARNELL RAY LEWIS, JR.,         :
                                    :
             Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.